935 A.2d 1274

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**William NEAL, Petitioner.**

**No. 148 EM 2007.**

Supreme Court of Pennsylvania.

Nov. 8, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of November, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus/Mandamus/Prohibition and/or Extraordinary Relief and the Application for Relief are denied.